JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

|  |  |
|---|---|
| MOHAMMAD KHAN, | No. LA CV 17-02750-VBF |
|       Petitioner, | **FINAL JUDGMENT** |
|   v. | |
| STEVE LANGFORD (Warden), | |
|       Respondent. | |

     **Final judgment is hereby entered in favor of the respondent warden and against petitioner Mohammad Khan**.  IT IS SO ADJUDGED.

Dated:  March 8, 2018

*Valerie Baker Fairbank*

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge